**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of South Carolina

Case number (*If known*): _____  Chapter  11

☐ Check if this is an amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  Red Door Pizza, LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)  93-3533940

4. **Debtor's address**

   **Principal place of business**
   233 North Main Street
   Number    Street
   Suite 7
   Greenville    SC    29601
   City         State   ZIP Code

   Greenville County
   County

   **Mailing address, if different from principal place of business**
   3620 Pelham Road
   Number    Street
   Unit 5 - PMB 15
   P.O. Box
   Greenville    SC    29615
   City         State   ZIP Code

   **Location of principal assets, if different from principal place of business**
   _____
   Number    Street
   _____
   _____
   City         State   ZIP Code

5. **Debtor's website** (URL)  _____

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

---

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 1

Debtor: **Red Door Pizza, LLC**
Name

Case number (if known) _____

### 7. Describe debtor's business

**A. Check one:**
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

**B. Check all that apply:**
- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

72251

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

### 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes. District _____ When __/__/____ Case number _____
  District _____ When __/__/____ Case number _____

### 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

List all cases. If more than 1, attach a separate list.

- ☐ No
- ☑ Yes. Debtor **Red Door Sandwich, LLC**    Relationship _____
  District **United States Bankruptcy Court South** When __/__/____
  Case number, if known _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **2**

Debtor   Red Door Pizza, LLC   Case number (*if known*)_____
         _____
         Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number   Street

_____

_____   _____   _____
City                                             State      ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____

Contact name  _____

Phone  _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

Debtor  Red Door Pizza, LLC
      Name

Case number (*if known*) _____

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/15/2025
            MM / DD / YYYY

✘ /s/ Argus Wiley                     Argus Wiley
Signature of authorized representative of debtor      Printed name

Title  Manager

**18. Signature of attorney**

✘ /s/ Christine E. Brimm           Date  07/15/2025
Signature of attorney for debtor               MM / DD / YYYY

Christine E. Brimm
Printed name

Barton Brimm, PA
Firm name

P.O. Box 14805
Number    Street

Myrtle Beach            SC      29587
City                          State    ZIP Code

8032566582             cbrimm@bartonbrimm.com
Contact phone               Email address

SC 6569 / FED 6313         SC
Bar number                    State

Debtor  Red Door Pizza, LLC  Case number (*if known*)
       First Name  Middle Name  Last Name

## Continuation Sheet for Official Form 201

**10) Pending Bankruptcies**

| | |
|---|---|
| Matadoor Restaurant Group, LLC | United States Bankruptcy Court South Carolina |
| Maverick Restaurant Group | United States Bankruptcy Court South Carolina |

Fill in this information to identify the case:

Debtor name: Red Door Pizza, LLC

United States Bankruptcy Court for the: District of South Carolina

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Blue Line Food Service Distribution<br>220 East JJ Drive<br>Greensboro, NC, 27406 | | | | | | 69,194.25 |
| 2 | Little Caesar Enterprises, Inc.<br>2125 Woodward Avenue<br>Detroit, MI, 48201 | | | | | | 35,000.00 |
| 3 | Arcvision<br>1950 Craig Road<br>Saint Louis, MO, 63146 | | | | | | 15,741.22 |
| 4 | Little Caesar Enterprises, Inc.<br>Blueline Food Service Distribution<br>2211 Woodward Avenue<br>Detroit, MI, 48201 | | | | | | 12,972.73 |
| 5 | SCG Millwood Plantation, LLC<br>P.O. Box 724498<br>Atlanta, GA, 31139-1498 | | | | | | 11,907.55 |
| 6 | Kuester Development<br>127 Ben Casey Drive, Suite 103<br>Fort Mill, SC, 29708 | | | | | | 6,586.56 |
| 7 | Alpha Omega - JJ Custom Homes<br>c/o Felicia Brower<br>1016 Waxhaw Indian Trail Road<br>Indian Trail, NC, 2809-4353 | | | | | | 3,166.41 |
| 8 | 200 N. Doby Bridge Road<br>c/o Karli Phillips<br>127 Ben Casey Drive, Suite 103<br>Fort Mill, SC, 29708 | | | | | | 3,075.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor   Red Door Pizza, LLC
         _____
         Name

Case number (*if known*)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Caesar Fund Inc. 2211 Woodward Avenue Detroit, MI, 48201 | | | | | | 2,798.53 |
| 10 | Auto Owners Insurance P.O. Box 740312 Cincinnati, OH, 45274-0312 | | | | | | 2,328.98 |
| 11 | Windover Plaza, LLC c/o Beau Patterson 8809 Lenox Pointe Drive, Suite E Charlotte, NC, 28273 | | | | | | 2,066.67 |
| 12 | Refrigeration Solutions, LLC P.O. Box 850 Taylors, SC, 29687 | | | | | | 1,895.50 |
| 13 | Copper Advisors 777 Lowndes Hill Road Greenville, SC, 29607 | | | | | | 1,840.00 |
| 14 | Pepsi Cola P.O. Box 75948 Hemphill, TX, 75948 | | | | | | 1,690.44 |
| 15 | Duke Energy P.O. Box 1090 Charlotte, NC, 28201-1090 | | | | | | 1,095.87 |
| 16 | EPC, Inc. 1290 Arrowhead Court Crown Point, IN, 46307 | | | | | | 900.00 |
| 17 | Piedmont Natural Gas P.O. Box 1246 Charlotte, NC, 28201-1246 | | | | | | 797.46 |
| 18 | First Coast Corporate Services P.O. Box 23788 Shawnee Mission, KS, 66283 | | | | | | 514.00 |
| 19 | Verifone, Inc. 300 S. Park Place Blvd. Clearwater, FL, 33759 | | | | | | 493.10 |
| 20 | GoTo Communications, Inc. P.O. Box 412252 Boston, MA, 02241-2252 | | | | | | 455.31 |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

IN RE:                              )
                                    )
Red Door Pizza, LLC,                )    Case # 25-_____
                                    )
_____Debtor._____)    Chapter 11

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Fed. R. Bankr. P. 7001.1, Red Door Pizza, LLC, discloses that Red Door Brands, LLC owns 100% of the corporation's equity interests, and that such entity is in turn owned 100% by Argus Wiley.

Dated: July 14, 2025                RED DOOR PIZZA, LLC

                                    By: _____
                                    Argus Wiley, Manager

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

IN RE:                                    )
                                          )
Red Door Pizza, LLC,                      )    Case # 25-_____
                                          )
_____Debtor._____)               Chapter 11

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Argus Wiley, declare under penalty of perjury that I am the Manager of Red Door Pizza, LLC, and I am the sole member of its parent company, Red Door Brands, LLC, and that the following resolutions have been adopted by the Sole Member of said Company by unanimous consent in lieu of a meeting on the 14th day of July, 2025.

Be It Therefore Resolved, that Argus Wiley, Manager of this limited liability company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the company; and

Be It Further Resolved, that Argus Wiley, Manager of this limited liability company is authorized and directed to appear in all bankruptcy proceedings on behalf of the company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with such bankruptcy case; and

Be It Further Resolved, that Argus Wiley, Manager of this limited liability company, is authorized and directed to employ Christine E. Brimm, attorney and the law firm of Barton Brimm, PA to represent the company in such bankruptcy case.

Dated: July 14, 2025                          RED DOOR PIZZA, LLC

                                              By:_____
                                              Red Door Brands, LLC, its Sole Member
                                              By: Argus Wiley, Sole Member of Red Door
                                              Brands, LLC

200 N. Doby Bridge Road
c/o Karli Phillips
127 Ben Casey Drive, Suite 103
Fort Mill, SC 29708

Alpha Omega - JJ Custom Homes
c/o Felicia Brower
1016 Waxhaw Indian Trail Road
Indian Trail, NC 2809-4353

Alpha Omega - JJ Custom Homes
c/o Felicia Brower
1016 Waxhaw Indian Trail Road
Indian Trail, NC 28079-4353

American Express
P.O. Box 96001
Los Angeles, 90096-8000

Apex Funding Silver, LLC
2875 NE 191st
Miami, FL 33180

Apex MCA Holdings
2875 NE 191st
Aventura, FL 33180

Arcvision
1950 Craig Road
Saint Louis, MO 63146

Auto Owners Insurance
P.O. Box 740312
Cincinnati, OH 45274-0312

Blue Line Food Service Distribution
220 East JJ Drive
Greensboro, NC 27406

Blueline Food Service Distribution
c/o Julie Turvill
2211 Woodward Avenue
Detroit, MI 48201

Brown & Brown Insurance Service
P.O. Box 745961
Atlanta, GA 30374-5961

Caesar Fund Inc.
2211 Woodward Avenue
Detroit, MI 48201

Copper Advisors
777 Lowndes Hill Road
Greenville, SC 29607

Credit Line Capital Group
124 Grove Avenue, Suite 194
Cedarhurst, NY 11516

Divisions Maintenance Group
3513 Solutions Center
Chicago, IL 60677-3005

DoorDash
116 New Montgomery Street
San Francisco, CA 94105

Duke Energy
P.O. Box 1090
Charlotte, NC 28201-1090

Ecolab Pest Elimination
26252 Network Place
Chicago, IL 60673-1262

Elite Funding dba New Capital Solutions
500 W. Putnam Avenue, Suite 400
Greenwich, CT 06830

EPC, Inc.
1290 Arrowhead Court
Crown Point, IN 46307

First Coast Corporate Services
P.O. Box 23788
Shawnee Mission, KS 66283

Flat Rock
180 Maiden Lane, Suite 1103
New York, NY 10038

Funderzgroup, LLC
dba Link Advance
750 East Main Street, 6th Floor
Stamford, CT 06901

Galt Funding Co.
103 Chester Avenue
Brooklyn, NY 11218

GoTo Communications, Inc.
P.O. Box 412252
Boston, MA 02241-2252

GrubHub
222 W. Merchandise Mart Plaza
Chicago, IL 60654

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101

Kuester Development
127 Ben Casey Drive, Suite 103
Fort Mill, SC 29708

Lancaster County Water and Sewer
P.O. Box 1009
Lancaster, SC 29721-1009

Little Caesar Enterprises, Inc.
Blueline Food Service Distribution
2211 Woodward Avenue
Detroit, MI 48201

Little Caesar Enterprises, Inc.
2125 Woodward Avenue
Detroit, MI 48201

Little Caesars
2211 Woodward Avenue
Detroit, MI 48201

Mynt Advance
100 Biscayne Blvd., #2303
Miami, FL 33132

North Carolina Department of Labor
4 West Edenton Street
Raleigh, NC 27601

North Carolina Department of Revenue
P.O. Box 25000
Raleigh, NC 27640-0640

Parkview Advance LLC
600 Summer Street
Stamford, CT 06901

Payfluence
116 South Pleasantburg Drive
Suite A
Greenville, SC 29607

Pepsi Cola
P.O. Box 75948
Hemphill, TX 75948

Piedmont Natural Gas
P.O. Box 1246
Charlotte, NC 28201-1246

Refrigeration Solutions, LLC
P.O. Box 850
Taylors, SC 29687

SC Department of Employment and Workforce
1550 Gadsden Street
P.O. Box 995
Columbia, SC 29202

SC Department of Revenue
Attn: Office of General Counsel - Bankr
300A Outlet Pointe Blvd.
Columbia, SC 29210

SCG Millwood Plantation, LLC
P.O. Box 724498
Atlanta, GA 31139-1498

Stellar Capital, LLC
600 Summer Street, Suite 204
Stamford, CT 06901

UberEats
1455 Market Street
San Francisco, CA 94103

Union Funding Source, Inc.
1835 E. Hallandale Beach Blvd.
Suite 278
Hallandale, FL 33009

Verifone, Inc.
300 S. Park Place Blvd.
Clearwater, FL 33759

Wendover Plaza, LLC
c/o Beau Patterson
8809 Lenox Pointe Drive, Suite E
Charlotte, NC 28273

Windover Plaza, LLC
c/o Beau Patterson
8809 Lenox Pointe Drive, Suite E
Charlotte, NC 28273

World Pay
MD: 1GH2Y1
8500 Governors Hill Drive
Symmes Township, OH 45249